IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00191-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP MARTIN BENAVIDEZ,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY DAVID M. EBEL

    The Suppression Hearing scheduled for November 1, 2010, is <u>rescheduled</u> to **November 9, 2010, at 1:30 p.m.**

    This hearing will be on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado.

    DATED: October 18, 2010