IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00191-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    PHILIP MARTIN BENAVIDEZ,
     a/k/a Phillip Martin Benavidez,

        Defendant.

## ORDER FOR MENTAL EXAMINATION

IT IS ORDERED THAT pursuant to 18 U.S.C. §§ 4241 and 4247(b), the Defendant shall submit to an examination by Dr. Susan Bograd, 3300 E. First Avenue, Suite 590, Denver, Colorado, who is hereby appointed for the purpose of determining whether the Defendant suffers from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense and to submit a written report of her findings pursuant to 18 U.S.C. § 4247(c) within 45 days of this Order.[1]

The report will be sent to all counsel and to the Court.[2] Within 10 days of receipt of that

---

[1] This may be extended upon Dr. Bograd's request upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant. 18 U.S.C. § 4247(b).

[2] The addresses of counsel in this matter are: Sean Michael McDermott, McDermott & McDermott, LLP, 1890 Gaylord Street, Denver, CO 80206-1211 and Kurt J. Bohn, U.S. Attorney's Office-Denver, 1225 17th Street East Seventeenth Street Plaza #700, Denver, CO 80202.

report, counsel shall jointly contact the Court to set a hearing. To the extent necessary, Dr. Bograd is authorized to directly contact Assistant United States Attorney Kurt J. Bohn at (303) 454-0100 and defense counsel Sean McDermott at (303) 399-6037 to request copies of appropriate documents.

The Clerk of Court is directed to fax a copy of this Order to Dr. Bograd at (303) 322-2155, and to mail a copy to Dr. Bograd at 3300 E. First Avenue, Suite 590, Denver, Colorado, 80206.

Dated this 13th day of October, 2011

                                      **BY THE COURT:**

*Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge